```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

                          WESTERN DIVISION
```

RAUL AGUIRRE BARAJAS,           )
                                )
            Petitioner,         )   No. CV 03-5651 JFW (AJW)
                                )
       v.                       )
                                )   ORDER ADOPTING REPORT AND
GREG LEWIS, ACTING WARDEN,      )   RECOMMENDATION OF
                                )   MAGISTRATE JUDGE
            Respondent.         )
_____)

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a _de novo_ determination of the portions to which objections were directed.

DATED: February 14, 2011

_____
John F. Walter
United States District Judge