JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **RAUL AGUIRRE BARAJAS,** | CASE NO. CV 03-05651-JFW (AJW) |
| Petitioner, | JUDGMENT |
| v. | |
| **GREG LEWIS, Acting Warden,** | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: February 14, 2011

_____
John F. Walter
United States District Judge